IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

CONNIE JO FRAZIER,                          6:13-cv-01279-BR

      Plaintiff,                       ORDER

v.

CAROLYN W. COLVIN,
Commissioner, Social Security
Administration,

      Defendant.

BROWN, Judge.

    This matter comes before the Court on Plaintiff's Application (#26) for Fees Pursuant to EAJA. Based on the stipulation of the parties and the Court's review of the record, the Court **GRANTS** Plaintiff's Application (#26) for Fees and Pursuant to EAJA. Pursuant to *Astrue v. Ratlif*, 560 U.S. 586 (2010), and *Tobeler v. Colvin*, 749 F.3d 830 (9th Cir. 2014), the

1 - ORDER

Court **AWARDS** to Plaintiff attorneys' fees in the amount of $1,531.92 and costs in the amount of $20.40.

IT IS SO ORDERED.

DATED this 27th day of March, 2015.

_____
ANNA J. BROWN
United States District Judge

2 - ORDER